5TH CIR. COURT OF APPEALS

VERSUS

BRANDON P. GRAY, SR.

NO. 25-KH-374

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

August 20, 2025

Linda Tran
First Deputy Clerk

**IN RE** BRANDON P. GRAY, SR.

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE , DIVISION "", NUMBER 14-5895

Panel composed of Judges John J. Molaison, Jr.,
Scott U. Schlegel, and Timothy S. Marcel

## WRIT GRANTED FOR A LIMITED PURPOSE

On September 22, 2016, relator was found guilty by a jury of five counts of armed robbery in violation of La. R.S. 14:64 (counts one through five) and aggravated flight from an officer in violation of La. R.S. 14:108.1(C) (count six). On December 12, 2016, after relator stipulated to the multiple bill, the trial court vacated relator's sentence on count one and resentenced him as a second-felony offender to fifty years imprisonment at hard labor without benefit of parole, probation, or suspension of sentence. This Court affirmed relator's convictions and sentences on December 20, 2017. *State v. Gray*, 17-166 (La. App. 5 Cir. 12/20/17), 235 So.3d 1270. The Louisiana Supreme Court would not consider relator's subsequently filed writ application because it was untimely filed pursuant to Louisiana Supreme Court Rule X § 5. *State v. Gray*, 18-250 (La. 4/16/18), 239 So.3d 830 (writ not considered).

In this writ application, relator seeks to compel the trial court to rule on his second application for post-conviction relief (ACPR), which he claims was filed at the Twenty-Fourth Judicial District Court on December 18, 2024. The writ application is deficient because it does not contain a copy of the APCR itself or evidence that it was filed. Nevertheless, we will grant the application for the limited purpose of ordering the district court to rule within 14 days on any pending APCRs that were properly filed by the relator and to provide a copy of any responsive rulings to this Court.

Gretna, Louisiana, this 20th day of August, 2025.

**JJM**
**SUS**
**TSM**